IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GERMAINE R. RUDDICK,

        Appellant,

v.

FLORIDA STATE PRISON,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3371

Opinion filed October 21, 2014.

An appeal from an order of the Union County Circuit Court.
Stanley H. Griffis, III, Judge.

Germaine R. Ruddick, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      Appellant seeks review of a final order dismissing his petition for writ of habeas

corpus. Because jurisdiction of this court was not invoked within thirty days of

rendition of the order to be reviewed, we dismiss the appeal as untimely.  See Fla. R. App. P. 9.110(b).  To the extent appellant seeks to invoke the original jurisdiction of this court to obtain a writ of habeas corpus, the petition is properly filed in the circuit court.  See, e.g., Harvard v. Singletary, 733 So. 2d 1020, 1022 (Fla. 1999) (writ petitions that could require resolution of disputed issues of fact should be handled by the circuit courts).

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.